**Order entered January 17, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00949-CR

**MARCUS JAMON MOSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-53348-V**

## ORDER

Appellant's motion for extension of time to file appellant's brief is **GRANTED**, and the brief received January 13, 2023, is **ORDERED** filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE